☐ AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of ____OHIO____

WORLDWIDE EQUIPMENT, INC.

    Plaintiff/Counterclaim Defendant/Third
    Party Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

FONTAINE MODIFICATION CO.
5325 Prosperity Drive
Springfield, Ohio  45502

CASE NUMBER:  C-1-01-747

    Third Party Defendant

TO: (Name and address of Defendant)

FONTAINE MODIFICATION CO.
c/o Statutory Agent
**UNITED STATES CORPORATION COMPANY**
50 West Broad Street
Columbus, Ohio  43215

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter J. Stautberg, Esq.
Keating, Muething & Klekamp
1400 Provident Tower
1 East Fourth Street
Cincinnati, Ohio  45202

an answer to the complaint which is served on you with this summons, within  __twenty (20)__  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Kenneth J. Murphy, Clerk_          9/11/03
CLERK                                DATE

(By) DEPUTY CLERK