- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   Date of Delivery
SEP 12

1. Article Addressed to:

Fontaine Modification Co.
c/o United States Corp. Co.
50 West Broad Street
Columbus, Ohio   43215

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7002 2410 0004 0670 8788

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540