# EXHIBIT A

INVOICE                                                                  Origina

```
                                          Delivery Address
Worldwide Equipment Inc.-Units            FONTAINE SPECIALIZED,INC
PO Box 1370                               5398 US HWY 11
Prestonsburg,                             SPRINGVILLE
KY   41653                                AL 35146
```

Sales Rep:     323    Forwarding Agent              : FACTORY SHIP
Customer: 005510                Invoice  : SB2/72006698                Date: 08-01-200

| Item | Unit | Quantity | Delivered Qty | Back Ord Qty | Price | Discount | Amoun |
|---|---|---|---|---|---|---|---|
| Sales Order    : 216540 | | | | | | | Company: 720 |
| Order Date     : 06-12-2000 | | | | | | | |
| Customer P.O. No.: 20-43674 | | | | | | | |
| Sequence No.   : #881T | | | | | | | |
| 2000 IH | | | | | | | |
| Packing Slip   :    0 | | | | | | | |
| 122020059   CENT 28' ST WL 20 SER    pc | | 1.00 | 1.00 | | 17739.00 | | 17739.00 |
| DELETE WHEELIFT | | | | | | | |
| SN#    CS21538F00 | | | | | | | |
| 0303109   WORK LIGHT SS  621W WITH pc | | 4.00 | 4.00 | | | | |
| 174013047   BASIC 5 SWITCH PANEL    pc | | 1.00 | 1.00 | | 113.54 | 40.00 % | 68.12 |
| 124001433   CAB PROTECTOR-49    pc | | 1.00 | 1.00 | | | | |
| 122020037   Wood Floor for 10 & 15 Sepc | | 1.00 | 1.00 | | | | |
| MA0138   ADDITIONAL KEY    pc | | 33.00 | 33.00 | | | | |
| 124001159   AIR SHIFT PTO    pc | | 1.00 | 1.00 | | | | |
| 124001522   12,000lb WINCH FOR    pc | | 1.00 | 1.00 | | | | |
| 174025001   10'-15 J-HOOK AND CHAINASpc | | 3.00 | 3.00 | | | | |
| 174016031   48" UNDERBODY TOOLBOX    pc | | 2.00 | 2.00 | | | | |
| 122020036   LANYARD CONTROL    pc | | 1.00 | 1.00 | | | | |
| 124002094   BOLT ON DECK "D" RINGS    pc | | 8.00 | 8.00 | | | | |
| 174001390   FEDERAL SIGNAL ROTATINGBEpc | | 1.00 | 1.00 | | | | |
| 122020064   RUBRAILS    pc | | 1.00 | 1.00 | | | | |

MI0702

**INVOICE**                                                                                      Page

Customer: 005510                          Invoice  : SB2/72006698                               Date: 08-01-200

| Item | Unit | Quantity | Delivered Qty | Back Ord Qty | Price | Discount | Amoun |
|---|---|---|---|---|---|---|---|
| Packing Slip  :  0 | | | | | | | |
| 124001348  WINCH - ROLLER GUIDE | pc | 1.00 | 1.00 | | | | |
| 124002011  ADDITIONAL CROSS MEMBERS | pc | 1.00 | 1.00 | | | | |
| 142010002  CONTAINER CARRIER-CHAIN R | pc | 2.00 | 2.00 | | | | |
| 122020027  REESE RECEIVER 10 SERIES | pc | 1.00 | 1.00 | | | | |
| 142010009  CONTAINER CARRIER-WINCH C | pc | 1.00 | 1.00 | | | | |
| 174024001  5/16 LOAD BINDER | pc | 3.00 | 3.00 | | | | |
| FRT        Freight | pc | 1.00 | 1.00 | | | | |

Total $
17807.1

Delivery :                                                    Terms of Payment: Net 30 Days
Payment  :
Please state with your payment  : SB2/72006698

**MI0703**

# EXHIBIT B

INVOICE                                                                                         Origina

Worldwide Equipment Inc.-Units          Delivery Address
PO Box 1370                             FONTAINE SPECIALIZED, INC
Prestonsburg,                           5398 US HWY 11
KY 41653                                SPRINGVILLE
                                        AL 35146

Sales Rep:     323   Forwarding Agent              : FACTORY SHIP
Customer: 005510                 Invoice : SB2/72006810                         Date: 08-16-200

| Item | Unit | Quantity | Delivered Qty | Back Ord Qty | Price | Discount | Amoun |
|---|---|---|---|---|---|---|---|
| Sales Order        : 217046 | | | | | | | Company: 720 |
| Order Date         : 07-18-2000 | | | | | | | |
| Customer P.O. No.: 20-44023 | | | | | | | |
| Sequence No.       : #889T | | | | | | | |
| 2000 IH | | | | | | | |
| Packing Slip       :     0 | | | | | | | |
| 122020059  CENT 28' ST WL 20 SER   pc | | 1.00 | 1.00 | | 17739.00 | | 17739.0( |
| DELETE WHEELIFT | | | | | | | |
| SN#     CS21545G00 | | | | | | | |
| 0303109    WORK LIGHT SS  621W WITH  pc | | 4.00 | 4.00 | | 12.62 | 40.00 % | 30.29 |
| 174013101  PANEL, SWITCH DELUXE316W2pc | | 1.00 | 1.00 | | 59.65 | 40.00 % | 35.79 |
| 124001433  CAB PROTECTOR-49    pc | | 1.00 | 1.00 | | | | |
| 122020037  Wood Floor for 10 & 15 Se pc | | 1.00 | 1.00 | | | | |
| MA0138     ADDITIONAL KEY    pc | | 33.00 | 33.00 | | | | |
| 124001159  AIR SHIFT PTO       pc | | 1.00 | 1.00 | | | | |
| 124001522  12,000lb WINCH FOR  pc | | 1.00 | 1.00 | | | | |
| 174025001  10'-15 J-HOOK AND CHAINASpc | | 3.00 | 3.00 | | | | |
| 174016031  48" UNDERBODY TOOLBOX  pc | | 2.00 | 2.00 | | | | |
| 122020036  LANYARD CONTROL     pc | | 1.00 | 1.00 | | | | |
| 124002094  BOLT ON DECK "D" RINGS  pc | | 8.00 | 8.00 | | | | |
| 174001390  FEDERAL SIGNAL ROTATINGBEpc | | 1.00 | 1.00 | | | | |
| 122020064  RUBRAILS        pc | | 1.00 | 1.00 | | | | |

MI0704

# INVOICE                                                                    Page

Customer: 005510                    Invoice  : SB2/72006810                  Date: 08-16-200

| Item | Unit | Quantity | Delivered Qty | Back Ord Qty | Price | Discount | Amour |
|---|---|---|---|---|---|---|---|
| Packing Slip    :    0 | | | | | | | |
| 124001348   WINCH - ROLLER GUIDE | pc | 1.00 | 1.00 | | | | |
| 124002011   ADDITIONAL CROSS MEMBERS | pc | 1.00 | 1.00 | | | | |
| 142010002   CONTAINER CARRIER-CHAIN R | pc | 2.00 | 2.00 | | | | |
| 122020027   REESE RECEIVER 10 SERIES | pc | 1.00 | 1.00 | | | | |
| 142010009 \ CONTAINER CARRIER-WINCH C | pc | 1.00 | 1.00 | | | | |
| 174024001   5/16 LOAD BINDER | pc | 3.00 | 3.00 - | | | | |
| FRT          Freight | pc | 1.00 | 1.00 | | | | |

Total $
17805.0

Delivery :                                          Terms of Payment: Net 30 Days
Payment  :
Please state with your payment   : SB2/72006810

MI0705

# EXHIBIT C

# STRAIGHT BILL OF LADING

B+D
(Name of Carrier)

Shipper # 082600-8
Carrier # 31
DATE: 7-88-0

| To: (Consignee) | WORLDWIDE 5325 Prosperity | From: (Shipper) | CHAMPION CARRIER CORP. |
|---|---|---|---|
| Street | Fontaine | Street | 2755 Kirila Road |
| Destination | Springfield OH | Origin | Hermitage, Pennsylvania 16148 |
| Route | 800-544-8175 | Emergency Phone # | Vehicle # |

| No. Shipping Units | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight | |
|---|---|---|---|
| | Russ | | |
| 1 | 28'ST 20 SERIES - #881T | | |
| | CS21538-P00 | | |
| 1 | FINAL ASSY KITS | | |
| 1 | PYLON | | |
| 2 | 48" Steel tail boxes | | |
| 1 | 95" Mudflap angle | | |
| 1 pr | 118" Connecting bars | | |
| 1 pr | 6"x6"x10'0 land angles | | |
| 2 | 10'0 "J" hooks for Kit #865T | | |
| | | TOTAL 1000 | |

Shipper: CHAMPION CARRIER CORP    Per: D Jones
Carrier:    Per:    Date:

FREIGHT CHARGES:  PREPAID ____   COLLECT __X__

SB2 72006698    Delivered To Fontain    Signed for by Tom Claypool    Body # CS21538
P.O. 20-43674    INV #16528    W.W. cr# 1574    1574 8-

DEPOSITION EXHIBIT x3 6/19/03 co

# EXHIBIT D

B+D (Jim)
(Name of Carrier)

Shipper #: _____
Carrier #: _____
DATE: 3-14-00

| | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight | |
|---|---|---|---|
| | **WORLDWIDE** 5325 Prosperity Dr. Springfield OH 45502 1-800-544-8175 | From: [Shipper] Street Origin Emergency Phone # | **CHAMPION CARRIER CORP.** 2755 Kirila Road Hermitage, Pennsylvania 16148  Vehicle # |
| 1 | 28'ST 20 SERIES - #889T | | |
| | 152-1545-600 | | |
| 1 | FINAL ASSY KITS | | |
| 1 | PYLON | | |
| 2 | 48" Steel tool boxes | | |
| 1 pc | 6"x6"x10'-0 band angles | | |
| 1 pc | 118" Connecting bars | | |
| 1 | 95' Mudflap angle | | |
| | | TOTAL 10,000 | |

CHAMPION CARRIER CORP | Carrier B+D
Refused | Pd
| Date

FREIGHT CHARGES:   PREPAID _____   COLLECT __X__

B+D
Debbie
PATTY
330
743
2400

Tim
330 743 2608

PAID by:
VTM
PATTY BONDY
630 906 7345
EXT 10

1-800-829-3101  Cindy
70391 = Group Tech