**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **WORLDWIDE EQUIPMENT, INC.** | : | **CASE NO.  C-1-01-747** |
| | | **(Judge Beckwith)** |
| **Plaintiff/Counterclaim Defendant** | : | |
| | : | |
| **v** | | |
| | : | |
| **MILLER INDUSTRIES, INC.** | | |
| | : | |
| **Defendant/Counterclaim Plaintiff** | : | |
| | : | |
| **WORLDWIDE EQUIPMENT, INC.** | | **CORPORATE DISCLOSURE** |
| | : | **STATEMENT** |
| **Counterclaim Defendant/ Third Party Plaintiff** | : | |
| **v** | : | |
| **FONTAINE MODIFICATION CO.** | : | |
| **Third Party Defendant** | : | |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.4: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation."  A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of this case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:  **Fontaine Modification Co.**

1.     Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

_____ Yes          ___**X**___ No

**FREUND, FREEZE & ARNOLD
A Legal Professional Association**

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

_____

2.      Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ Yes      _____**X**_____ No

If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

_____


/s/ Gordon D. Arnold_____          November 20, 2003_____
Gordon D.  Arnold #0012195                   (Date)
FREUND, FREEZE & ARNOLD
1800 One Dayton Centre
1 South Main Street
Dayton, Ohio 45402-2017
Phone: (937) 222-2424
Fax: (937) 222-5369
E-Mail: garnold@ffalaw.com
Attorney for Third Party Defendant, Fontaine Modification Company


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon **Peter J. Stautberg. Esq.**, Attorney for Worldwide Equipment, Inc., 1400 Provident Tower, One East Fourth Street, Cincinnati, OH 45202; and **W. Breck Weigel, Esq.**, Attorney for Miller Industries, Inc., Suite 2100 Atrium Two, 221 East Fourth Street, Cincinnati, OH 45202, this 20th day of November, 2003, by ordinary mail.

/s/ Gordon D. Arnold_____
Gordon D. Arnold

**FREUND, FREEZE & ARNOLD**
**A Legal Professional Association**