IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Worldwide Equipment, Inc.,    )
                              )
         Plaintiff,           ) Case No. C-1-01-747
                              )
   vs.                        )
                              )
Miller Industries, Inc.,      )
                              )
         Defendant.           )

O R D E R

This matter came before the Court on November 24, 2003 for a scheduling conference as a result of adding Fontaine Modification Company as a third party-defendant. The final pretrial conference was originally scheduled for November 24, 2003, at 9:00 a.m. and the trial was originally scheduled for December 8, 2003 at 1:00 p.m. Those dates are hereby **VACATED**.

By agreement of the parties, the Court established the following revised trial calendar:

| | |
|---|---|
| Discovery deadline | May 24, 2004 |
| Plaintiff's experts identification/reports | March 1, 2004 |
| Defendants' experts identification/reports | April 15, 2004 |
| Notice of Rule 26 compliance | April 25, 2004 |
| Exchange of witness lists and summaries of testimony | April 23, 2004 |
| Dispositive motions deadline | June 25, 2004 |

```
          Final pretrial conference      October 29, 2004
                                         at 9:00 a.m.

          Trial                          December 13, 2004
                                         at 1:30 p.m.
```

**IT IS SO ORDERED**

Date November 24, 2003             s/Sandra S. Beckwith
                                   Sandra S. Beckwith
                                   United States District Judge