UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WORLDWIDE EQUIPMENT, INC. | ) | Case No. C-1-01-747 |
| | ) | |
| Plaintiff, | ) | (Judge Beckwith) |
| | ) | |
| -v- | ) | |
| | ) | PLAINTIFF WORLDWIDE EQUIPMENT, |
| MILLER INDUSTRIES | ) | INC.'S NOTICE OF RULE 26 |
| | ) | COMPLIANCE |
| Defendant. | ) | |
| | ) | |

Now comes Plaintiff, Worldwide Equipment, Inc. ("Plaintiff"), by and through counsel, in accordance with the Court's Calendar Order dated November 24, 2003, states that it has complied with disclosures under Rule 26.

Respectfully submitted,

        /s/ Peter J. Stautberg
Peter J. Stautberg (0061691)
KEATING, MUETHING & KLEKAMP, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
Tel: (513) 579-6972
Fax: (513) 579-6457
pstautberg@kmklaw.com
Attorney for Plaintiff,
Worldwide Equipment, Inc.

OF COUNSEL:

KEATING, MUETHING & KLEKAMP, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
(513) 579-6400

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing PLAINTIFF WORLDWIDE EQUIPMENT, INC.'S NOTICE OF RULE 26 COMPLIANCE was served upon W. Breck Weigel, Esq., Vorys, Sater, Seymour and Pease, Suite 2100, Atrium Two, 221 East Fourth Street, Cincinnati, Ohio 45202; and Gordon Arnold, Freund, Freeze & Arnold, 1800 One Dayton Centre, 1 South main Street, Dayton, Ohio 45402 by electronic mail, this 26th day of April 2004.


                                                                  /s/ Peter J. Stautberg
                                                                 Peter J. Stautberg

1254200.1