UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WORLDWIDE EQUIPMENT, INC., | : | |
| | : | Case No. 1:01cv747 |
| Plaintiff | : | |
| | : | Judge Beckwith |
| v. | : | |
| | : | Magistrate Judge Sherman |
| MILLER INDUSTRIES, | : | |
| | : | |
| Defendant/Third-Party Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| FONTAINE MODIFICATION COMPANY | : | |
| | : | |
| Third-Party Defendant. | : | |

**DEFENDANT/THIRD-PARTY PLAINTIFF MILLER INDUSTRIES' NOTICE OF RULE 26 COMPLIANCE**

Now comes Defendant/Third-Party Plaintiff Miller Industries, by and through counsel, and states, in accordance with the Court's Calendar Order of November 24, 2003, that it has complied with Federal Rule of Civil Procedure 26.

/s/ W. Breck Weigel
W. Breck Weigel  (0030160)
Vorys, Sater, Seymour and Pease LLP
Suite 2000, Atrium Two
221 E. Fourth Street
Cincinnati, Ohio 45202
Telephone:   (513) 723-4000
Facsimile:    (513) 723-4056

Trial Attorneys for Defendant/Third-Party Plaintiff Miller Industries

2

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and accurate copy of the foregoing was served by electronic mail on all counsel of record on this 27th day of April, 2004.


                       /s/ W. Breck Weigel  
                       W. Breck Weigel