IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WORLDWIDE EQUIPMENT, INC. | : | CASE NO. C-1-01-747 |
|     Plaintiff/Counterclaim Defendant | : | (Judge David S. Perelman) |
| | : | |
| v | | |
| | : | |
| MILLER INDUSTRIES, INC. | | |
| | : | |
|     Defendant/Counterclaim Plaintiff | : | |
| _____ | : | |
| WORLDWIDE EQUIPMENT, INC. | : | THIRD PARTY DEFENDANT, FONTAINE MODIFICATION CO.'S, NOTICE OF RULE 26 COMPLIANCE |
|     Counterclaim Defendant/ Third Party Plaintiff | : | |
| | : | |
| v | | |
| | : | |
| FONTAINE MODIFICATION CO. | | |
| | : | |
|     Third Party Defendant | | |

_____

    Now comes Third Party Defendant, Fontaine Modification Co. ("Fontaine Modification"), by and through counsel, in accordance with the Court's Revised Trial Calendar Order filed on November 24, 2003, and states that it has complied with disclosures under Rule 26.

    /s/ Gordon D. Arnold
Gordon D. Arnold #0012195
FREUND, FREEZE & ARNOLD
1800 One Dayton Centre
1 South Main Street
Dayton, Ohio 45402-2017
Phone: (937) 222-2424
Fax: (937) 222-5369
E-Mail: garnold@ffalaw.com
Attorney for Third Party Defendant,
Fontaine Modification Company

**FREUND, FREEZE & ARNOLD**
**A Legal Professional Association**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon Peter J. Stautberg, Attorney for Worldwide Equipment, Inc., 1400 Provident Tower, One East Fourth Street, Cincinnati, OH 45202; and W. Breck Weigel, Attorney for Miller Industries, Inc., Suite 2100 Atrium Two, 221 East Fourth Street, Cincinnati, OH 45202, this 27th day of April, 2004, via e-mail notice of electronic filing .

                                                              /s/Gordon D. Arnold
                                                              Gordon D. Arnold

**FREUND, FREEZE & ARNOLD**
**A Legal Professional Association**