```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
                   WESTERN DIVISION
```

Worldwide Equipment, Inc.,   )
                             )
         Plaintiff,          ) Case No. 1:01-CV-747
                             )
    vs.                      )
                             )
Miller Industries, Inc.,     )
                             )
         Defendant.          )

O R D E R

This matter came before the Court on June 10, 2004 for a conference on Third Party Defendant Fontaine Modification Co.'s motion to extend discovery deadline and dispositive motions deadline (Doc. No. 38). During the conference, the Court granted Fontaine Modification's motion and established the following revised calendar order:

| | |
|---|---|
| Discovery deadline | August 13, 2004 |
| Dispositive motions deadline | September 3, 2004 |
| Final pretrial conference | January 14, 2005, at 1:30 p.m. |
| Trial | January 24, 2005, at 1:00 p.m. |

**IT IS SO ORDERED**

Date June 18, 2004              s/Sandra S. Beckwith
                                 Sandra S. Beckwith
                              United States District Judge