# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| WORLDWIDE EQUIPMENT, INC., | : |
|     Plaintiff | : Case No. 1:01cv747 |
| v. | : Judge Beckwith |
| MILLER INDUSTRIES, | : Magistrate Judge Sherman |
|     Defendant/Third-Party Plaintiff | : |
| v. | : |
| FONTAINE MODIFICATION COMPANY | : |
|     Third-Party Defendant. | : |

## NOTICE OF APPEARANCE

Please take notice that Michael L. Rich of Vorys, Sater, Seymour and Pease, LLP, Suite 2000, Atrium Two, 221 East Fourth Street, Cincinnati, Ohio 45202 hereby enters his appearance as co-counsel for Defendant, Third-Party Plaintiff, Miller Industries.

Respectfully submitted,

/s/ Michael L. Rich
Michael L. Rich  (Ohio Bar No. 0077469)
Vorys, Sater, Seymour and Pease
Suite 2000, Atrium Two
221 East Fourth Street
P.O. Box 0236
Cincinnati, Ohio  45201-0236
Telephone: (513) 723-4000
Facsimile:  (513) 723-4056
mlrich@vssp.com

Trial Attorneys for Defendant/Third-Party Plaintiff Miller Industries

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served by electronic mail on all counsel of record on this 30th day of June, 2004.

/s/ Michael L. Rich
Michael L. Rich

06/30/2004 - 492789