UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WORLDWIDE EQUIPMENT, INC., | Case No. 1:01cv747 |
| Plaintiff | |
| v. | Judge Beckwith |
| MILLER INDUSTRIES, | Magistrate Judge Sherman |
| Defendant/Third-Party Plaintiff | |
| v. | |
| FONTAINE MODIFICATION COMPANY | |
| Third-Party Defendant. | |

### NOTICE TO TAKE DEPOSITION OF J. RANDY POLK

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant/Third-Party Plaintiff Miller Industries will take the deposition of J. Randy Polk on July 29, 2004 at 9:30 a.m. at the offices of Vorys, Sater, Seymour and Pease LLP, 221 East Fourth Street, Suite 2000, Cincinnati, Ohio.

The deposition will continue from day-to-day until completed and will be recorded by stenographic means.

Respectfully submitted,

/s/  Michael L. Rich
W. Breck Weigel  (0030160)
Michael L. Rich   (0077469)
Vorys, Sater, Seymour and Pease LLP
Suite 2000, Atrium Two
221 E. Fourth Street
Cincinnati, Ohio 45202
Telephone:   (513) 723-4000
Facsimile:    (513) 723-4056

Trial Attorneys for Defendant/Third-Party Plaintiff Miller Industries

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and accurate copy of the foregoing was served by electronic mail on all counsel of record on this 23rd day of July, 2004.

                                      /s/ Michael L. Rich_____
                                      Michael L. Rich