**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| WORLDWIDE EQUIPMENT, INC., : | |
|     Plaintiff : | Case No. 1:01cv747 |
|     v. : | Judge Beckwith |
| MILLER INDUSTRIES, : | Magistrate Judge Sherman |
|     Defendant/Third-Party Plaintiff : | |
|     v. : | |
| FONTAINE MODIFICATION COMPANY : | |
|     Third-Party Defendant. : | |

**STIPULATED ENTRY OF PARTIAL DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(A)(1), the parties to this action, having reached a settlement of the claims against Fontaine Modification Company ("Fontaine Modification"), hereby stipulate that the third-party claims and crossclaims against Fontaine Modification shall be dismissed with prejudice. All sides shall bear their own costs.

It is SO ORDERED.

_____
Judge Sandra S. Beckwith

| | |
|---|---|
| /s/ W. Breck Weigel | /s/ Peter J. Stautberg |
| W. Breck Weigel  (0030160) | Peter J. Stautberg  (0061691) |
| Michael L. Rich   (0077469) | Keating, Muething & Klekamp PLL |
| Vorys, Sater, Seymour and Pease LLP | 1400 Provident Tower |
| Suite 2000, Atrium Two | One East Forth Street |
| 221 E. Fourth Street | Cincinnati, Ohio 45202 |
| Cincinnati, Ohio 45202 | Telephone:    (513) 579-6400 |
| Telephone:    (513) 723-4000 | |
| Attorneys for Defendant/Third-Party Plaintiff Miller Industries | Attorney for Plaintiff Worldwide Equipment, Inc. |

/s/ Gordon D. Arnold
Gordon D. Arnold  (0012195)
Freund, Freeze & Arnold LPA
1800 One Dayton Centre
1 South Main Street
Dayton, Ohio 45202-2017
Telephone:    (937) 222-2424

Attorney for Third-Party Defendant Fontaine Modification Company