FILED

'04 SEP 21 AM 7:05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WORLDWIDE EQUIPMENT, INC., | : |
| Plaintiff | : Case No. 1:01cv747 |
| v. | : Judge Beckwith |
| MILLER INDUSTRIES, | : Magistrate Judge Sherman |
| Defendant/Third-Party Plaintiff | : |
| v. | : |
| FONTAINE MODIFICATION COMPANY | : |
| Third-Party Defendant. | : |

## STIPULATED ENTRY OF PARTIAL DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(A)(1), the parties to this action, having reached a settlement of the claims against Fontaine Modification Company ("Fontaine Modification"), hereby stipulate that the third-party claims and crossclaims against Fontaine Modification shall be dismissed with prejudice. All sides shall bear their own costs.

It is SO ORDERED.

_____
Judge Sandra S. Beckwith

/s/ W. Breck Weigel
W. Breck Weigel (0030160)
Michael L. Rich (0077469)
Vorys, Sater, Seymour and Pease LLP
Suite 2000, Atrium Two
221 E. Fourth Street
Cincinnati, Ohio 45202
Telephone:   (513) 723-4000

Attorneys for Defendant/Third-Party Plaintiff Miller Industries

/s/ Gordon D. Arnold
Gordon D. Arnold (0012195)
Freund, Freeze & Arnold LPA
1800 One Dayton Centre
1 South Main Street
Dayton, Ohio 45202-2017
Telephone:   (937) 222-2424

Attorney for Third-Party Defendant Fontaine Modification Company

/s/ Peter J. Stautberg
Peter J. Stautberg (0061691)
Keating, Muething & Klekamp PLL
1400 Provident Tower
One East Forth Street
Cincinnati, Ohio 45202
Telephone:   (513) 579-6400

Attorney for Plaintiff Worldwide Equipment, Inc.