UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WORLDWIDE EQUIPMENT, INC., | : |
| Plaintiff | : Case No. 1:01cv747 |
| | : |
| v. | : Judge Watson |
| | : |
| MILLER INDUSTRIES, | : |
| Defendant | : |

## STIPULATED ENTRY OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties to this action, Worldwide Equipment, Inc. and Miller Industries, having resolved their disputes extrajudicially, hereby stipulate that all claims and counterclaims in this matter are dismissed with prejudice. All sides shall bear their own costs.

**AGREED:**.

| | |
|---|---|
| /s/ W. Breck Weigel | /s/ Peter J. Stautberg |
| W. Breck Weigel  (0030160) | Peter J. Stautberg  (0061691) |
| Michael L. Rich   (0077469) | Keating, Muething & Klekamp PLL |
| Vorys, Sater, Seymour and Pease LLP | 1400 Provident Tower |
| Suite 2000, Atrium Two | One East Forth Street |
| 221 E. Fourth Street | Cincinnati, Ohio 45202 |
| Cincinnati, Ohio 45202 | Telephone:    (513) 579-6400 |
| Telephone:    (513) 723-4000 | |
| | |
| Attorneys for Defendant Miller Industries | Attorney for Plaintiff Worldwide Equipment, Inc. |