UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WORLDWIDE EQUIPMENT, INC., | : |
| Plaintiff | : Case No. 1:01cv747 |
| | : |
| v. | : Judge Watson |
| | : |
| MILLER INDUSTRIES, | : |
| Defendant | : |

**STIPULATED ENTRY OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties to this action, Worldwide Equipment, Inc. and Miller Industries, having resolved their disputes extrajudicially, hereby stipulate that all claims and counterclaims in this matter are dismissed with prejudice. All sides shall bear their own costs.

**AGREED:.**

/s/ W. Breck Weigel
W. Breck Weigel   (0030160)
Michael L. Rich   (0077469)
Vorys, Sater, Seymour and Pease LLP
Suite 2000, Atrium Two
221 E. Fourth Street
Cincinnati, Ohio 45202
Telephone:   (513) 723-4000

Attorneys for Defendant Miller Industries

/s/ Peter J. Stautberg
Peter J. Stautberg   (0061691)
Keating, Muething & Klekamp PLL
1400 Provident Tower
One East Forth Street
Cincinnati, Ohio 45202
Telephone:   (513) 579-6400

Attorney for Plaintiff Worldwide Equipment, Inc.